WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
    Attorney for Plaintiff

FILED '08 APR 23 09:04USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**SUSAN HAWKINS**,

        Plaintiff,

vs.

**COMMISSIONER of Social Security**,

        Defendant.

CV 02-1704-AC

ORDER

Attorney fees in the amount of $11,533.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $6,225.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $5,308.50, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 23rd day of April, 2008.

United States District/ Magistrate Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
    Attorney for Plaintiff

ORDER - Page 1